IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LIONEL KANU**                                                                   **PLAINTIFF**

v.                      **CASE NO. 4:20-CV-01395-BSM**

**NATIONWIDE PROPERTY AND
CASUALTY INSURANCE COMPANY**                            **DEFENDANT**

## ORDER

Pursuant to the parties' joint stipulation of dismissal [Doc. No. 9] and Federal Rule of Civil Procedure 41(a)(1), this case is dismissed with prejudice, with each party bearing its own costs.

IT IS SO ORDERED this 26th day of February, 2021.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE