## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**LIONEL KANU**                                                                **PLAINTIFF**

**v.**                                **CASE NO. 4:20-CV-01395-BSM**

**NATIONWIDE PROPERTY AND**
**CASUALTY INSURANCE COMPANY**                                **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 26th day of February, 2021.

_____
UNITED STATES DISTRICT JUDGE